IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| THE FURRY BEASTRO, INC., | ) | Case No. 07-22020 |
| | ) | Chapter 7 |
| | ) | Judge Jack B. Schmetterer |
| Debtor. | ) | |

## NOTICE OF MOTION

TO: ATTACHED SERVICE LIST:

PLEASE TAKE NOTICE that on November 6, 2008, at the hour of 10:00 a.m., or as soon thereafter as counsel can be heard, I shall appear before the Honorable Jack B. Schmetterer Bankruptcy Judge, in room 682 of the United States Bankruptcy Court in the Everett McKinley Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, or before any other Judge who may be sitting in his place and stead and shall present **Motion of Trustee in Lieu of Final Report to Close Case**, a copy of which is attached hereto and herewith served upon you, and shall pray for the entry of an Order in compliance therewith.

AT WHICH TIME and place you may appear if you so see fit.

/s/Eugene Crane
Crane, Heyman, Simon, Welch & Clar
135 S. LaSalle St., Suite 3705
Chicago, Illinois 60603
(312) 641-6777

## CERTIFICATE OF SERVICE

The undersigned, being first duly sworn on oath deposes and states that a copy of the foregoing Motion was served either electronically or via First Class Regular Mail to the addresses named on the attached service list, on the 6th day of October, 2008.

/s/Eugene Crane

## Service List
*All served via First Class Mail
unless otherwise marked*

Bruce Scalambrino
Scalambrino & Arnoff, LLP
One North LaSalle Street, Suite 1600
Chicago, IL 60602
*served electronically*

United States Trustee
219 S. Dearborn
Room 873
Chicago, IL 60604
*served electronically*

Wells Fargo Bank
P.O. Box 53476
Phoenix, AZ 85072

American Express Bank FSB
P.O. Box 3001
Malvern, PA 19355-0701

ADT Security Services, Inc.
P.O. Box 96175
Las Vegas, NV 89193

AT&T
P.O. Box 78522
Phoenix, AZ 85062

Advanta
Welsh & McKean Roads
P.O. Box 844
Spring House, PA 19477

American Express Travel Related Serv Co
Business Development
200 Vesey Street
New York, NY 10285-3500

Arrow Financial Services
5996 West Touhy
Niles, IL 60714-4610

Bank of America
Quickbooks Business Card
P.O. Box 15710
Wilmington, DE 19886-5710

Believe it or Not Building, LLC
c/o Maria Paonessa Salon
1500 North Wells Street
Chicago, IL 60610

Bosko Gasich
429 W. Ohio Street|#127
Chicago, IL 60654-4506

Bruce Packaging
8131 RidgewayAvenue
Skokie, IL 60076-3352

CST Co. Inc.
CST Building
P.O. Box 33127
Louisville, KY 40232-3127

Caine & Weiner
1100 E. Woodfield Road
Schaumburg, IL 60173-5116

Capital One
P.O. Box 60024
City Of Industry, CA 91716-0024

Capital One
P.O. Box 60067
City Of Industry, CA 91716-0067

Charter One Bank
1215 Superior Avenue E
Cleveland, OH 44114

Chase Corporate Card
P.O. Box 94014
Palatine, IL 60094

Commerical Debt Counseling Corporation
8415 Pulsar Place
Columbus, OH 43240

Commonwealth Edison & Co.
System Credit/Bankruptcy Dept.
2100 Swift Drive
Oak Brook, IL 60523

D.D. Industries, Inc.
4300 South Keeler Avenue
Chicago, IL 60632

Donald L. Newman & Associates
11 South LaSalle Street
Suite 1500
Chicago, IL 60603

Illinois Department of Revenue
Retailers Occupation Tax
Springfield, IL 62796-0001

Kym Nelson |
415 E. North Water Street #1301
Chicago, IL 60611

Middle West Distributors
1195 Atlantic Drive
West Chicago, IL 60185

Middle West Distributors Inc
Kohner Mann & Kailas|
Washington Bldg
4650 N Port Washington Rd
Milwaukee, WI 53212

National City
P.O. Box 856176
Louisville, KY 40285-6176

Nationwide Credit, Inc.
P.O. Box 740640
Atlanta, GA 30374-0640

Oak Patch Gifts
1050 Owen Loop
Eugene, OR 97402

Oak Patch Gifts
11428 Oak Patch Gifts
P.O. Box 6989
Portland, OR 97228

Peoples Gas
The Prudential Bldg.
Attn. Special Projects
130 E. Randolph Dr.
Chicago, IL 60601

Peoples Gas Light and Coke Company
130 E Randolph Dr.
Chicago, IL 60601

Pitney Bowes
2225 American Drive
Neenah, WI 54956

Royal Treatment Veterinary Spa, Ltd.
c/o Barb Royal, President
4130 North Rockwell|
Chicago, IL 60618

Swidler Spanola & Co., LLC
737 N. Michigan Avenue
Suite 2120
Chicago, IL 60611

Transworld Systems Collections
2235 Mercury Way
Suite 275
Santa Rosa, CA 95407

Wells Fargo
Payment Remittance Center
P.O. Box 54349
Los Angeles, CA 90054-0349

Western States Envelope & Label
4480 N. 132nd Street
Butler, WI 53007-2099

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| THE FURRY BEASTRO, INC., | ) | Case No. 07-22020 |
| | ) | Chapter 7 |
| | ) | Judge Jack B. Schmetterer |
| Debtor. | ) | |

## MOTION OF TRUSTEE IN LIEU OF FINAL REPORT TO CLOSE CASE

TO THE HONORABLE JACK B. SCHMETTERER, Bankruptcy Judge:

Now comes EUGENE CRANE, Trustee and Plaintiff in the above-entitled proceedings by EUGENE CRANE and the law firm of CRANE, HEYMAN, SIMON, WELCH & CLAR moves this Court FOR THE ENTRY OF AN Order allowing him to close this estate, abandon certain assets and dispose of the funds on hand in the sum of $500.47, and in support thereof states as follows:

1)	This matter was filed as a Voluntary Chapter 7 proceeding on November 23, 2007, and Eugene Crane was appointed interim Trustee at filing, remaining as Trustee subsequent to the meeting of Creditors held herein.

2)	The Furry Beastro was a business engaged in the sale of pet food and supplies.

3)	One of the assets of the Debtor was a sublease with Royal Treatment Veterinary Spa, Ltd. The Trustee received a rent payment from the tenant in the amount of $500.00 in January 2008 and has not received any more payments since then.

4)	At the Trustee's request Donald Dodge of American Auction Associates went to the premises occupied by the Debtor and found that the remaining products were not worth liquidating.

5) The Trustee would file a report of No-Assets to close this case, but has $500.47 on deposit and must have an Order providing for its disposal.

6) Trustee has spent many hours of time and effort amounting to thousands of dollars, but have no other funds. Total time expended by Trustee in this case is estimated at 9.20 hours with fees totaling $4,140.00. A breakout of Trustee's fees is attached as Exhibit "A".

WHEREFORE, EUGENE CRANE, Trustee herein, prays for the entry of an Order allowing him to close this estate, retain the $500.47 plus interest on hand as a fee, abandon Debtor's equipment, inventory and any uncollected claims that may exist and discharging Eugene Crane as Trustee.

/s/Eugene Crane
EUGENE CRANE, Trustee

EUGENE CRANE, ESQ.
(Atty. Reg. #0537039)
CRANE, HEYMAN, SIMON, WELCH & CLAR
Attorneys for Trustee
135 South LaSalle Street, Suite 3705
Chicago, IL 60603
312/641-6777