# Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 07-22020 SA |
|---|---|
| Case Name: | THE FURRY BEASTRO, INC. |
| Taxpayer ID #: | 43-2000714 |
| Period Ending: | 12/22/08 |

| Trustee: | EUGENE CRANE (330350) |
|---|---|
| Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Account: | ***-*****17-65 - Money Market Account |
| Blanket Bond: | $5,000,000.00 (per case limit) |
| Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 01/30/08 | {2} | Royal Treatment Veterinary Spa of Chicago LLC | September Rent | 1122-000 | 500.00 | | 500.00 |
| 02/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2500% | 1270-000 | 0.09 | | 500.09 |
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 0.09 | | 500.18 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 0.06 | | 500.24 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.06 | | 500.30 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.06 | | 500.36 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.06 | | 500.42 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.05 | | 500.47 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.06 | | 500.53 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 0.05 | | 500.58 |
| 11/07/08 | 1001 | Eugene Crane, Trustee | Trustee Fees | 2100-000 | | 500.58 | 0.00 |
| 11/12/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | 0.01 | | 0.01 |
| 12/01/08 | Int | JPMORGAN CHASE BANK, N.A. | Reverse Interest Posting | 1270-000 | -0.01 | | 0.00 |

| | | |
|---|---|---|
| **ACCOUNT TOTALS** | 500.58 | 500.58 |
| Less: Bank Transfers | 0.00 | 0.00 |
| **Subtotal** | 500.58 | 500.58 |
| Less: Payments to Debtors | | 0.00 |
| **NET Receipts / Disbursements** | **$500.58** | **$500.58** |


EXHIBIT B

Page: 2

# Form 2
## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 07-22020 SA | **Trustee:** EUGENE CRANE (330350) |
| **Case Name:** THE FURRY BEASTRO, INC. | **Bank Name:** JPMORGAN CHASE BANK, N.A. |
| | **Account:** ***-*****17-66 - Checking Account |
| **Taxpayer ID #:** 43-2000714 | **Blanket Bond:** $5,000,000.00  (per case limit) |
| **Period Ending:** 12/22/08 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | | | | | $0.00 |

| | | | |
|---|---|---|---|
| | | | |

|   | Receipts | Disbursements |   |
|---|---|---|---|
| **ACCOUNT TOTALS** | 0.00 | 0.00 | |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | 0.00 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | $0.00 | $0.00 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****17-65 | 500.58 | 500.58 | 0.00 |
| Checking # ***-*****17-66 | 0.00 | 0.00 | 0.00 |
| | $500.58 | $500.58 | $0.00 |